CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 3 0 2008

JOHN F. CORCORAN, CLERK
BY: /s/ B. ruoff
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 7:01CR00092-001 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TYRONE SMITH | ) | By: James C. Turk |
| | ) | Senior United States District Judge |

Upon review of the record, it is **ORDERED** that the third line on page 3 of the memorandum opinion issued June 24, 2008, is hereby **AMENDED** to state the correct statutory section-- 21 U.S.C. § 841(b)(1)(A)--in reference to the mandatory minimum sentence applicable to the defendant's case.

The Clerk is directed to send a copy of this order to the defendant and to current counsel of record for the defendant and the government.

**ENTER:** This 30th day of June, 2008.

*/s/ James C. Turk*
Senior United States District Judge